842 F.2d 1290
 Gruss (J., K.), Minton (W., C.),Muir (T., L.), Kline (B.,
C.), Savitski (K.), Thompson (D., A.)., Burgess (B., W.),
Wagner (C., C.), Abbott (E., P.), Barnett (A.), Deskins
(I.), Fogle (S., M.), Morgan (T., L.), Cookson (D.),
Hatfield (J., S.), McGee(J., M.), Horseman (D., M.), Gardiner (R., M.)
v.
Allied Chemical Corporation Allies Corp., Occidental
Chemical Corp., E.I. DuPont de Nemours & Co.,
Inc., Union Carbide Corp., Shell
Chemical Corp., Shell Oil Co.
 NO. 86-2022
 United States Court of Appeals,
Fourth Circuit.
 MAR 21, 1988
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.